JOSEPH S. AROMANDO, PETITIONER-RESPONDENT, v. RUBIN BROS. DRUG SALES CO., RESPONDENT-PETITIONER.

See same case below: 47 *N. J. Super.* 286.

*Mr. Edward B. Meredith* for the petitioner.

*Mr. Herbert J. Kenarik* for the respondent.

February 24, 1958.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SAMUEL GIARDINA, DEFENDANT-PETITIONER.

See same case below: 47 *N. J. Super.* 483.

*Mr. James A. Major* for the petitioner.

*Mr. Archibald Kreiger* for the respondent.

February 24, 1958.   Granted.